IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

AIX SPECIALTY INSURANCE COMPANY                                     PLAINTIFF

v.                              Case No. 1:23-cv-1094

KENNETH SHELTON, Individually and
d/b/a Seicorp Corporation                                            DEFENDANT

## JUDGMENT

Before the Court is Plaintiff AIX Specialty Insurance Company's ("AIX") Motion for Summary Judgment. ECF No. 23. For the reasons state in the Order of even date, the Court finds that AIX's Motion for Summary Judgment (ECF No. 23) should be and hereby is **GRANTED**.

**IT IS SO ORDERED**, this 9th day of October, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge